UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Metropolitan Life Ins. Co.
v.
Noelia Berrios, et al

CASE NUMBER: 96-1778(HL)



| MOTION | ORDER |
|---|---|
| **Date Filed:** 2.24.00   **Docket #** 51<br>[ ] **Plffs**   [x] **Defts**   [ ] **Other**<br>**Title:** Motion requesting the withdrawal of funds | The Court shall hold a hearing on **April 27, 2000**, at 3:30 on Widellia Pérez' request to withdraw funds from her son's account to purchase a house in the name of her son Richard Rodríguez-Pérez.<br>  The Puerto Rico Special Solicitor of Family Relations shall appear at the hearing. The Clerk shall notify the Solicitor with a copy of this order at the following address:<br><br>Solicitor of Family Relations<br>Oficina de Investigación y procesamiento<br>Asunto de Menores y Familia<br>Departamento de Justicia<br>PO BOX 9020192<br>San Juan PR 00902-0192 |

Date 4-10-00

HECTOR M. LAFFITTE
Chief U.S. District Judge




s/c solicitor
c/deputy
4/12/00