## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF PUERTO RICO

METROPOLITAN LIFE INSURANCE CO.,
  Plaintiff,

v.                                               Civil No. 96-1778 (HL)

NOELIA BERRIOS, et al,
  Defendants.

### ORDER

The Court held a hearing on this date to consider the petition of Widellia Pérez, on behalf of her minor son Richard Rodríguez-Pérez, to withdraw funds for the purchase of a house in San Germán, Puerto Rico.  Petitioner Widellia Pérez was represented by counsel. The Solicitor of Family Relations from the Puerto Rico Department of Justice was also present at the hearing.

Following a brief discussion of the request, the Court ruled that Ms. Pérez should first arrange to transfer to this Court the funds currently being held in New Jersey on behalf of her son Richard.  Once these funds have been transferred, the Court will again consider the request for release of funds to purchase the home.

The Court expects that the terms of the option contract for the purchase of the home on behalf of Richard shall remain in effect until the funds are transferred.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, April 27, 2000.

HECTOR M. LAFFITTE
Chief U.S. District Judge



AO 72A
(Rev.8/82)