UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Metropolitan Life Ins. Co.
v.
Noelia Berrios, et al

CASE NUMBER: 96-1778(HL)



| MOTION | ORDER |
|---|---|
| **Date Filed:** 5.26.00  **Docket # 54**<br>[ ] Plffs  [x] Defts  [ ] Other<br>**Title:** Motion requesting the withdrawal of funds | Petitioner seeks to have this Court order the Surrogate Court in New Jersey to release the funds held on behalf of Richard Rodríguez, Jr. Because this Court does not have the jurisdiction to enter such an order, the request is denied.<br>   Personnel from this Court have contacted the staff of the New Jersey court to determine how best to transfer those funds to this Court. It appears, however, that obtaining an expeditious transfer will be difficult, at best. At worst, the request for a transfer may be denied by the New Jersey court.<br>   Accordingly, the Court reconsiders its original denial of Petitioner's request to release some of the funds held here in order to purchase a house on behalf of the minor. The Court hereby grants the request.<br>   Counsel for Widellia Pérez shall submit a detailed description of how the proposed purchase will be structured, including the manner in which the property will be placed in the minor's name. Once these details have been provided, the Court will either approve the release of funds or schedule a hearing to clarify any details in the proposed transaction. |

Date 6/2/00

HECTOR M. LAFFITTE
Chief U.S. District Judge