# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



Metropolitan Life Ins. Co.
        v.
Noelia Berrios, et al

CASE NUMBER: 96-1778 (HL)

| MOTION |
|---|
| **Date Filed:** 8.14.00   **Docket #** 58   [ ] Plffs   [ ] Defts   [x] Other   **Title:** Amended motion requesting withdrawal of funds |
| **ORDER** |

The motion requesting withdrawal of funds is hereby **granted** for the purchase of a house on behalf of minor Richard Rodríguez-Pérez. Accordingly, the Clerk of the Court is hereby **ordered** to draw three checks in the principal amounts designated below on the registry funds on deposit in the Court's designated financial institution, as follows:

| PAYEE | AMOUNT |
|---|---|
| José A. Soto & Lizbeth Aileen Pérez Domínguez | $23,293.82 |
| H.F. Mortgage Bankers | $71,706.18 |
| Jorge Martínez, Esq. | $509.50 |

The payment to H.F. Mortgage Bankers shall be via manager's check. The checks shall be sent to counsel for Richard Rodríguez-Pérez at the following address:

Conchita Toro-Rivera, Esq.
PO BOX 4207
MAYAGUEZ PR 00681-4207

Date 8-24-00

HECTOR M. LAFFITTE
Chief U.S. District Judge