UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

METROPOLITAN LIFE INS. CO.,
Plaintiff,

v.

NOELIA BERRIOS, et al,
Defendants.

Civil No. 96-1778 (HL)

## ORDER

Petitioner Widellia Pérez, mother and guardian of minor Richard Rodríguez-Pérez, moves for the disbursement of funds held on behalf of minor Richard. She proposes to use the funds to purchase a house in Richard's name. The Court makes the following orders pursuant to the purchase:

1    Minor Richard Rodríguez-Pérez shall be the sole owner of the house.

2    Widellia Pérez is hereby authorized to sign on behalf of minor Richard Rodríguez-Pérez all legal documents required by law for the purchase of the property described in the San Germán Registrar of Property:

> URBANA: Lote de terreno sito en el Barrio Rosario Bajo del término municipal de San Germán, Puerto Rico, Proyecto denominado "Villas del Rosario" e identificado como el **SOLAR NUMERO SIETE (7) del BLOQUE "D,"** con una cabida superficial de **MIL DOS PUNTO DOS MIL OCHOCIENTOS SETENTA Y DOS (1002.2872) METROS CUADRADOS.** Colinda por el NORTE, con el Solar Ocho guión "D" del proyecto; por el SUR, con el Solar Cindo guión "D" (5-D) del mismo proyecto; por el ESTE, con Sucesión de Gregorio Castillo; y por el OESTE, con el uso público destinado a calle. Enclava casa de cemento dedicada a vivienda.
>
> Inscrita la finca número 16,545, al tomo de hoja móvil de San Germán, Puerto Rico.


AO 72A
(Rev 8/82)



Civil No. 96-1778 (HL)                              2

3      The deed shall include a clause that the owner or his representatives shall not place any mortgages, liens, or other encumbrances upon the property.

4      Within 10 days of the closing, counsel for Pérez shall file with the Court copies of the deed and buy-sell agreement

On this same date, the Court has granted Petitioner's motion for the withdrawal of funds to pay the purchase price and to pay the Notary who is preparing the sales deed.

Lastly, Petitioner has also moved the Court for disbursal of $2,460.10 to make unspecified improvements to the house; of $4,,166.00 to purchase a refreigerator and bedroom furniture; and for $5,000 to pay her attorney's fees. The Court **denies** these requests without prejudice to renew for failure to provide specific details as to the exact nature of these items. Petitioner has submitted an estimate for $2,460.10 worth of building materials, but she fails to explain the exact nature of the work to be done and why it is necessary. The requests for the furniture and appliances, as well as the request for attorney's fees, are unsupported by any documentation or itemization. Petitioner may refile these requests, provided they are accompanied by adequate documentation and explanations.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, August 24, 2000.

HECTOR M. LAFFITTE
Chief U.S. District Judge

AO 72A
(Rev.8/82)