UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



Metropolitan Life Ins. Co.
    v.
Noelia Berrios, et al

CASE NUMBER: 96-1778 (HL)

| MOTION |
|---|
| **Date Filed:** 9.1.00   **Docket #** 61   [ ] **Plffs** [ ] **Defts** [x] **Other**   **Title:** Supplementary motion requesting withdrawal of funds |
| **ORDER** |

   The motion requesting withdrawal of funds is hereby **granted** for the purchase of furniture, addition to the house, and payment of legal fees on behalf of minor Richard Rodríguez-Pérez. The Court finds the amount requested for legal fees to be excessive, and adjusts it accordingly. Therefore, the Clerk of the Court is hereby **ordered** to draw three checks in the principal amounts designated below on the registry funds on deposit in the Court's designated financial institution, as follows:

| PAYEE | AMOUNT |
|---|---|
| Widellia Pérez | $2,460.10 |
| Widellia Pérez | $4,166.00 |
| Conchita Toro-Rivera, Esq. | $3,500.00 |

The checks shall be sent to counsel for Richard Rodríguez-Pérez at the following address:

Conchita Toro-Rivera, Esq.
PO BOX 4207
MAYAGUEZ PR 00681-4207

Date 9/18/00

HECTOR M. LAFFITTE
Chief U.S. District Judge