UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Metropolitan Life Insurance Co.

v.

CASE NUMBER: 96-1778 (HL)

Noelia Berrios, et al.

| MOTION | ORDER |
|---|---|
| **Date Filed:** 11/21/02   **Docket # 68**<br><br>[ ] **Plffs**  [x] **Defts**  [ ] **Other**<br><br>**Title:** Motion to withdraw funds | **Granted.** The Clerk of the Court is hereby **ordered** to draw a check in the principal amount designated below from the registry funds on deposit in the Court's designated financial institution, as follows:<br>1) $3,943.83 pertains to the minor,<br>2) $23,499 pertains to usufruct,<br>3) $500 in attorneys fees.<br><br>NAME OF PAYEE                                    AMOUNT<br>Widelia Perez                                          $27,442.83<br>Madera & Toro                                        $500.00<br><br>The check shall be held at the Clerk's office, to be picked up personally by Attorney Conchita Toro-Rivera or by a person designated by her. |

Date 12/16/02

HECTOR M. LAFFITTE
Chief U.S. District Judge

att. copy Financi
12/17/02 jr