November 2, 2006

RECEIVED AND FILED
2006 NOV -2 AM 9:48
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

CIVIL NO. 96-1778 (HL)

To: Honorable Court

Comes now the petioner Richard Rodriguez Perez also known as Richard Rodriguez Jr. Very respectfuly set forth and pray

- Richard Rodriguez Jr. has been awarded the amount of 161,333.31 from life insurance proceeds from a policy belonging to his father. The monies were deposited with this court.

- The petioner request the withdrawl of funds because he is 18 yrs. old

- The petioner is to be wed on Nov. 18, 2006

- The petioner being a second year of university at San German is needed of an automobile

- The petioner has been imancipated by guardian parent on the 23rd Oct. 06

Wherefore I respectfully request that this court order the withdrawl of monies pertaining to Richard Rodriguez Jr.

Respectfully

*Richard Rodriguez Perez* N/A *Richard Rodriguez Jr.*

Richard Rodriguez Perez
P.O. Box 342
Rosario P.R 00636
787-833-1327 (casa)
787-204-2511 (cellular)

------NUMERO SIETE (7)------

------EMANCIPACION------

—En la ciudad de San Germán, Puerto Rico, a los veintitres (23) días del mes de octubre del año dos mil seis (2006).------

------ANTE MI------

—Licenciado **ALBERTO L. MARQUEZ**, Abogado y Notario de Puerto Rico, con residencia y estudio abierto en la ciudad de San Germán, Puerto Rico.------

------COMPARECEN------

—**DE LA PRIMERA PARTE: DOÑA WIDELLIA PEREZ QUIÑONES**, mayor de edad, soltera, empleada de cuido de ancianos y vecina de San Germán, Puerto Rico, con número de Seguro Social 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 y portadora de la licencia de conducir número 4504761, la cual me muestra, compruebo y devuelvo a la otorgante------

—**DE LA SEGUNDA PARTE: RICHARD RODRIGUEZ PEREZ, también conocido por RICHARD RODRIGUEZ, JR.**, de dieciocho (18) años de edad, soltero, estudiante universitario y vecino de San Germán, Puerto Rico, con número de Seguro Social 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 y portador de la licencia de conducir número 4774230, la cual me muestra, compruebo y devuelvo al otorgante.------

------DOY FE------

—Del conocimiento personal que tengo de los comparecientes y por sus documentos de identificación, los cuales me han mostrado y he examinado y comprobado, y por sus dichos de su edad, estado, profesión y vecindad. Manifiestan tener y a mi juicio tienen la capacidad legal y necesaria para el presente otorgamiento y en tal virtud libremente------

------EXPONEN------

—**PRIMERO:** Que la compareciente Widellia Pérez Quiñones procreó al compareciente Richard Rodríguez Pérez, también conocido por



Richard Rodríguez, Jr., quien nació el doce (12) de diciembre de mil novecientos ochenta y siete (1987) en Paterson, New Jersey, Estados Unidos de América, en unión consensual con el Sr. Richard Rodríguez Berríos, quien falleció en un accidente en la ciudad de Nueva York, Estados Unidos de América el día treinta (30) de octubre de mil novecientos noventa y uno (1991). Que por lo tanto, ella es la madre con patria potestad y custodia de dicho menor.----------------------------

—**SEGUNDO:** Que teniendo plena capacidad el compareciente Richard Rodríguez Pérez, también conocido por Richard Rodríguez, Jr., la compareciente Widellia Pérez Quiñones lo emancipa plenamente para regir su persona y administrar sus bienes y el compareciente Richard Rodríguez Pérez, también conocido por Richard Rodríguez, Jr., acepta plenamente esta emancipación y consiente expresamente en ella.----------------------------

—**TERCERO:** Que ambos comparecientes en esta escritura hacen esta emancipación libre, voluntaria y espontáneamente y que nadie los ha obligado, presionado o coaccionado ni nadie les ha prometido ni ofrecido nada a cambio de que lo hagan.----------------------------

—**CUARTO:** Que los comparecientes Widellia Pérez Quiñones y Richard Rodríguez Pérez, también conocido por Richard Rodríguez, Jr., han sido advertidos por el Notario Fedante de que una vez concedida la emancipación, la misma no puede ser revocada conforme a lo dispuesto por el Artículo Doscientos Treinta y Ocho (238) del Código Civil vigente.----------------------------

—**QUINTO:** Los comparecientes aceptan esta escritura en todas sus partes.----------------------------

Hice a los comparecientes las advertencias legales pertinentes y en especial de lo dispuesto por el Artículo Doscientos Veintitres (223) del Código Civil vigente y de lo dispuesto en el caso de Córdova versus Registrador, Cincuenta y cinco (55) DPR, Setecientos Treinta y Nueve

(739) y Viuda de Ruiz versus Registrador, Noventa y Tres (93) DPR Novecientos Catorce (914), a los efectos de que la emancipación debe anotarse en el Registro Civil para que surta efecto contra tercero y de que no es necesario la presencia de testigos para su validez cuando la misma se hace ante Notario Público.-------------------------------------

LEIDA esta escritura en alta voz a los otorgantes, y leída además por éstos, y conformes que manifestaron estar con su contenido, la firman ambos ante mí y estampan sus iniciales en todos los folios del original de esta escritura de acuerdo con la Ley, de todo lo cual y de cuanto más se deja consignado en la presente, así como de haberse efectuado todo en un solo acto, Yo, el Notario Autorizante, DOY FE.----

ES COPIA SIMPLE.



NOTARIO PUBLICO





# NEW JERSEY STATE DEPARTMENT OF HEALTH
## TRENTON, N.J.

DATE: August 5, 1992

**Note:** If this is a copy of a birth record, any agreement of or difference between the child's surname and the father's surname does not imply legitimacy or illegitimacy. This is merely a copy of the information supplied for preparation of the original birth certificate.

**THIS IS TO CERTIFY THAT THE FOLLOWING IS A TRUE COPY OF A RECORD FILED IN THIS DEPARTMENT.**

*Charles A. Karkut*
State Registrar of Vital Statistics

*Frances J. Dunston, MD*
State Commissioner of Health

**WARNING:** DO NOT accept this copy unless the RAISED SEAL of the State Department of Health is affixed hereon.

REG-D42
Apr 90                                                                                                  *G1607

---

**3478** STATE USE ONLY

REG-16 Jan 87 — NEW JERSEY STATE DEPARTMENT OF HEALTH — CERTIFICATE OF LIVE BIRTH

STATE USE ONLY: **0106535**

| Field | Value |
|---|---|
| 1. Name of Child (First) (Middle) (Last) | Richard Rodriguez Jr. |
| 2a. Date of Birth | 12-12-87 |
| 2b. Hour | 5:11 a.m. |
| 3. Sex | Male |
| 4a. This Birth | ☒ Single ☐ Twin ☐ Triplet |
| 4b. If Twin or Triplet, this child born | ☐ 1st ☐ 2nd ☐ 3rd |
| 5a. Name of Hospital | St. Joseph's Hospital |
| 5b. City/Town or Location of Birth | Paterson |
| 5c. County | Passaic |
| 6a. Mother - Maiden Name | Widellia J. Perez |
| 6b. Age at time of this Birth | 21 |
| 7a. Mailing Address | 429 E. 22nd St. |
| 7b. City or Town | Paterson |
| 7c. State | N.J. |
| 7d. Zip Code | 07514 |
| 8a. Residence | Paterson |
| 8b. County | Passaic |
| 8c. Inside City Limits | ☒ Yes ☐ No |
| 8d. State | N.J. |
| 9a. Father - Name | Richard Rodriguez |
| 9b. Age at time of this Birth | 22 |
| 9c. State of Birth | N.J. |
| 10a. Informant - Name and Address | Widellia J. Perez |
| 10b. Relation to Child | Mother |
| 11a. Certifier - Name | Ian Chen |
| 11b. Mailing Address | 32 Pine St |
| 12a. Certifier - Signature | Ian Chen, M.D. |
| 12b. Date of Signature | 12-14-87 |
| 13a. Registrar - Signature | Frances Dorman |
| 13b. Date Received | 12/17/87 |
| 14. Attendant | ☒ Physician ☐ Midwife ☐ Other |