# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Metropolitan Life Insurance Co.,
    Plaintiff,

        v.

**CASE NUMBER:** 96-1778 (HL)

Noel Berrios, et al.,
    Defendants.

| MOTION | ORDER |
|---|---|
| **Date Filed:** 11/2/2006<br>**Docket:** 73<br>**Title:** Motion for Disbursement of Funds | Before the Court is a motion for withdrawal of funds brought by Richard Rodriguez Perez requesting a disbursement of all funds on deposit in this case. Petitioner Richard Rodriguez Perez having reached legal age, the Court hereby **GRANTS** this motion.<br><br>The Clerk of the Court is ordered to draw a check in the full amount of remaining funds deposited with the Court, including all accrued interest less administrative fees to be deducted pursuant to Local Rule 67, as follows:<br><br>NAME OF PAYEE                        AMOUNT<br>Richard Rodriguez Perez     $84,624.53 (plus any subsequently accrued interest)<br><br>The check shall be mailed to:<br><br>Richard Rodriguez Perez<br>P.O. Box 312<br>Rosario, PR 00636 |

**Date**: December 26, 2006

**S/ HECTOR M. LAFFITTE**
**Senior United States District Judge**